IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ABDOULAYE BARRY, | : | No. 3:25cv960 |
| Petitioner | : | (Judge Munley) |
| v. | : | |
| WARDEN GREENE, | : | |
| Respondent | : | |

## ORDER

**AND NOW**, to wit, this 22nd day of October 2025, upon consideration of the petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 (Doc. 1), respondent's response (Doc. 7), petitioner's reply (Doc. 10) to the response, and petitioner's Rule 59(e) motion (Doc. 11), and for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that:

1. The Clerk of Court is directed to **REOPEN** this case.

2. The Clerk of Court is directed to **VACATE** this court's prior memorandum and order (Docs. 8, 9).

3. The petition for writ of habeas corpus is **DISMISSED**. (Doc. 1).

4. Petitioner's Rule 59(e) motion (Doc. 11) is **DENIED**.

5. The Clerk of Court is directed to **CLOSE** this case.

BY THE COURT:

_____
JUDGE JULIA K. MUNLEY
United States District Court